ALYSON DIMMITT GNAM
*Attorney for Plaintiff*
**Northwest Justice Project**
300 Okanogan Ave. Ste. 3A
Wenatchee, WA 98801
(509) 664-5101

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BRENDA SANCHEZ COSSIO,

   Plaintiff,

   vs.

MONSON FRUIT CO., LLC,

   Defendant.

COMPLAINT

DEMAND FOR JURY TRIAL

## I.  **PRELIMINARY STATEMENT**

1.  Plaintiff Brenda Sanchez Cossio (hereinafter "Brenda Sanchez") was employed by Defendant Monson Fruit Co., LLC (hereinafter "Monson Fruit"), in its fruit packing warehouse in Selah, Washington. From June to September 2019, Monson Fruit's Production Manager subjected Brenda Sanchez to unwanted sexual harassment, including frequent sexual comments, propositions, and touching, that created a hostile work environment based on her sex. The Production Manager promised Brenda Sanchez promotions and benefits if she accepted his sexual

COMPLAINT– DEMAND FOR JURY TRIAL - 1

demands, but she repeatedly rejected his advances. Monson Fruit knew and should have known of the sexual harassment because Brenda Sanchez complained about the harassment, and because Monson Fruit was already on notice of the manager's inappropriate sexual conduct with subordinates. Despite this, Monson Fruit failed to take prompt and adequate corrective action to prevent or remedy the sexual harassment and is liable for the hostile work environment created by a supervisor/manager. From December 2019 to March 2020, Defendant retaliated against Brenda Sanchez for rebuffing and reporting the sexual harassment by firing her husband and denying her accommodations to which she was legally entitled for her pregnancy. Brenda Sanchez was constructively discharged due to the intolerable conditions created by the harassment and retaliation. These acts violated Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. § 2000(e), *et seq*. ("Title VII"), and the Washington Law Against Discrimination, Wash. Rev. Code § 49.60 ("WLAD"). Monson Fruit's denial of reasonable accommodations for her pregnancy also violated Washington's Healthy Starts Act, Wash. Rev. Code § 43.10.005 ("WHSA"). Brenda Sanchez brings this action to obtain redress for the harm she has suffered and continues to suffer as a result of Defendant's unlawful actions.

## II. <u>JURISDICTION AND VENUE</u>

2.  This Court has jurisdiction over this action pursuant 28 U.S.C. §§ 1331 and

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

1343 and 42 U.S.C. § 2000e-5(f)(3). This action is authorized and instituted

pursuant to Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and

(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

3.  This Court has jurisdiction over Brenda Sanchez's state law claims pursuant

to 28 U.S.C. § 1367(a), because these claims are so related to the federal claims

under Title VII as to form part of the same case or controversy under Article III of

the United States Constitution. This action is authorized and instituted pursuant to

the WLAD, Wash. Rev. Code § 49.60.030(2) and the WHSA, Wash. Rev. Code §

Code § 43.10.005(6).

4.  The proper venue for this action is in the Eastern District of Washington

pursuant to 28 U.S.C. § 1391, as a substantial part of the events or omissions

giving rise to the Plaintiff's claims occurred within the boundaries of the District.

### III.  <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>

5.  Within 300 days of the last act of sexual harassment, Brenda Sanchez filed a

charge with the Equal Employment Opportunity Commission ("EEOC") alleging

Monson Fruit violated Title VII, 42 U.S.C. § 2000(e), *et seq.*

6.  On May 2, 2022, following its investigation the EEOC issued a

determination that Monson Fruit had violated Title VII and invited the parties to

reach a resolution through conciliation

7.  On July 27, 2022, the EEOC issued a notice of that conciliation efforts had failed and that the agency was reviewing the case for possible litigation. The EEOC's administrative proceeding is still ongoing, and because of this it has not issued Brenda Sanchez a Notice of Right to Sue.

8.  Plaintiff will amend her complaint upon completion of the EEOC's administrative proceedings to reflect either receipt of her Notice of Right to Sue or her right to bring these Title VII claims as an intervenor in an action filed by the EEOC pursuant to 42 U.S.C. §2000e-5(f)(1).

## IV.    PARTIES

9.  At all relevant times, Brenda Sanchez was a resident of Washington State.

10. Monson Fruit is an agricultural company engaged in growing, packing, and shipping fruit, with its principal office and fruit packing warehouse located at 252 N. Rushmore Road, Selah, Washington, 98942-9313.

11. At all relevant times, Monson Fruit has been a corporation continuously doing business in the State of Washington and employing at least fifteen (15) employees.

12. At all relevant times, Monson Fruit has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g), and (h).

13. At all relevant times, Monson Fruit has continuously been an employer

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

1    within the meaning of the WLAD, Wash. Rev. Code § 49.60.040, and the WHSA,

2    Wash. Rev. Code § Code § 43.10.005(1)(a).

3    ## V. <u>STATEMENT OF FACTS</u>

4    14. Monson Fruit packs apples, cherries, cranberries, and apricots at its fruit

5    packing warehouse in Selah, Washington.

6    15. Warehouse employees are assigned seasonally to different lines and

7    positions, and though they may move around in the warehouse, many employees

8    work year-round for Monson Fruit.

9    16. Jason Bakker was the General Manager of Monson Fruit's packing

10    warehouse during all relevant times (hereinafter "General Manager Bakker").

11    17. General Manager Bakker does not communicate in Spanish.

12    18. Bob Hauck was the Operations Manager of Monson Fruit's fruit packing

13    warehouse during all relevant times (hereinafter "Operations Manager Hauck").

14    19. Operations Manager Hauck does not communicate in Spanish.

15    20. Rafael Sanchez[1] was the Production Manager of Monson Fruit's packing

16    warehouse during all relevant times (hereinafter "Production Manager Sanchez")

17    21. Manager Sanchez communicates in Spanish and English.

18    22. As the Production Manager, Rafael Sanchez had authority to hire

19    employees, fire employees, promote employees, set work hours, make job

20

21

---

[1] Brenda Sanchez and Rafael Sanchez have the same last name but are not related.

COMPLAINT– DEMAND FOR JURY TRIAL - 5

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

assignments, and affect wages and working conditions of employees in the packing

warehouse, including Brenda Sanchez's.

23. As a manager and supervisor, Manager Sanchez acted in the scope of his

duties and in the interest of Monson Fruit.

24. In approximately 2014, Manager Sanchez had an inappropriate sexual

relationship with a subordinate employee in the fruit packing warehouse. On

information and belief, the female employee was ultimately compelled to leave her

employment. Monson Fruit knew of this inappropriate sexual conduct by Manager

Sanchez.

25. Zenaida Martinez was the Human Resources Manager during all relevant

times (hereinafter "HR Manager Martinez").

26. Armida Rivera worked as a supervisor in Monson Fruit's fruit packing

warehouse (hereinafter "Supervisor Rivera"). She was Brenda Sanchez's

supervisor during the cranberry season.

27. Supervisor Rivera communicates in English and Spanish.

28. Monson Fruit employed Brenda Sanchez in its fruit packing warehouse.

29. Brenda Sanchez is a Spanish speaker. She can understand limited English,

but cannot communicate verbally in English.

30. Brenda Sanchez married Herbie Rodriguez on November 9, 2019, after

dating and living together. They continue to be married.

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

31. Herbie Rodriguez was also employed by Monson Fruit.

32. After a short prior period of employment in 2017, Brenda Sanchez began to work at Monson Fruit in June of 2018 during the cherry season in quality control.

33. When Brenda Sanchez's seasonal position in quality control would have ended in August 2018, she was asked to stay on to supervise the minors who worked on cherry line 5 during the night shift. When cherry season ended, she was offered a day shift position on the apple line and then later on the cranberry line. She continued working for Monson Fruit as a year-round employee.

34. When cherry season began again in June of 2019, Brenda Sanchez returned to her position supervising cherry line 5, this time during the day shift.

35. Shortly after she began working on cherry line 5 in June of 2019, Manager Sanchez began to target Brenda Sanchez with sexually harassing conduct. He made frequent sexual comments, including telling Brenda Sanchez that she had a good body, that she looked pretty with certain clothes on, that he had wanted her since she first worked at the company, and that he wanted to be with her.

36. Manager Sanchez also propositioned Brenda Sanchez almost daily. His propositions included:

    a) Repeatedly invoking her status as a single mother at the time when he offered her a house and money in exchange for a sexual relationship;

    b) Telling her repeatedly she should leave her boyfriend, Herbie Rodriguez,

COMPLAINT– DEMAND FOR JURY TRIAL - 7

and be with him;

c) Telling her she could work anywhere in the warehouse and that she could move to a better position if she would be with him sexually;

d) Separating her from other workers to tell her she should sleep with him and that he wanted to "tener relaciones" (meaning have sexual relations) with her, even just once;

e) Asking her to be his present on his birthday.

37. As a result of Manager Sanchez's sexual comments and propositions, Brenda Sanchez began to experience feelings of anxiety and was no longer comfortable in her workplace. In order to do her job on the cherry line, she was required to communicate regularly with Manager Sanchez. She did not want to approach him because she feared he would proposition her, but she could not avoid him and complete her work. Whenever she had to speak to him she felt nervous and anxious, her heart rate would increase, and her hands would sweat and shake.

38. In response to his propositions, Brenda Sanchez repeatedly rejected Manager Sanchez. She told him she had a boyfriend and that she wasn't interested in him. Manager Sanchez was undeterred by Brenda Sanchez's constant refusal of his advances, and continued to ask her to have sex with him. He insisted repeatedly that she be with him, his voice and face getting very intense and frightening her.

39. Manager Sanchez also subjected Brenda Sanchez to unwanted touching and

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

physical intimidation while she worked on the line. He would stand immediately behind her so that she could not move a step without touching his body with her body. He would touch her shoulder while she worked. He was so close that she could smell alcohol on him. She told him repeatedly to move, but he did not. It surprised and scared her when Manager Sanchez would put his body so close to hers.

40. Manager Sanchez regularly engaged in stalking behavior of Brenda Sanchez. His conduct included but was not limited to:

   a) Watching her through the security cameras;

   b) Calling her and instructing her to move to a different position in her work area so he could better see her body through the security cameras;

   c) Requiring her to report to him when she arrived or left work and then watching her through the cameras and telling her where she was in the warehouse as she spoke to him on the phone;

   d) Watching her arrive at work through the security cameras and calling her to tell her to run inside;

   e) Watching her leave work on the security cameras and calling her to ask why she didn't call him before leaving.

41. On one occasion in the summer of 2019, Manager Sanchez called Brenda Sanchez at night and told her to report to work. This was outside of her regular

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

1   work schedule, but she complied because he was her manager. When she arrived,

2   he stopped her while she was still outside the packing shed. It was dark and there

3   were no other employees nearby. He instructed her not to punch in and told her he

4   just wanted to see her without the company knowing she was there. He offered to

5   pay her in cash and told her to get in his car. Brenda Sanchez was fearful he would

6   force himself sexually on her and she refused. After she rejected him, he told her to

7   clock in and prepare her line for the next day, then sent her home.

8   42. After this, Manager Sanchez called Brenda Sanchez at night on several

9   occasions to ask her to come to work or come drink with him. She repeatedly

10  rejected him, telling him she could not leave her children alone and that she was

11  with her boyfriend.

12  43. On another occasion, Manager Sanchez made Brenda Sanchez get in a golf

13  cart with him inside the fruit packing warehouse and drove her to the apricot

14  packing area. The apricot packing season had not yet started, and so there were no

15  other employees nearby. He then propositioned her, pointing out she was a single

16  mother and offering to give her a house if she stayed single and available to him

17  whenever he wanted to come to her. He told her to leave her boyfriend, and

18  threatened that she would not have a future with her boyfriend because Manager

19  Sanchez could fire him from Monson Fruit at any moment and he would be out of

20  work. After this, Brenda Sanchez feared that Manager Sanchez would fire her

21

COMPLAINT– DEMAND FOR JURY TRIAL - 10

1    boyfriend in retaliation for her rejection of his sexual propositions.

2      44. Around June or July of 2019, Brenda Sanchez complained to Supervisor

3    Rivera that Manager Sanchez was sexually harassing her. She also complained to

4    Supervisor Rivera that she feared retaliation for reporting.

5      45. Brenda Sanchez reported the sexual harassment to Supervisor Rivera

6    because she had told Brenda Sanchez that she could talk to her if she ever needed

7    to. Brenda Sanchez did not know who else to talk to about the harassment. Neither

8    General Manager Bakker nor Operations Manager Hauck spoke Spanish, and so

9    she was unable to communicate directly with them.

10      46. Brenda Sanchez did not receive any training from Monson Fruit about

11    sexual harassment, nor any training on what to do if she experienced harassment in

12    the workplace or how to report harassment.

13      47. Brenda Sanchez had been told by other employees that Manager Sanchez

14    had previously sexually harassed female employees. Her understanding was that

15    the company had taken no or little action to stop the harassment. She was aware

16    that one of these employees had been forced out of her employment. This

17    understanding made Brenda Sanchez fearful of reporting and dubious that it would

18    result in the company taking adequate corrective action.

19      48. Supervisor Rivera reported Brenda Sanchez's complaint of sexual

20    harassment by Manager Sanchez to Operations Manager Hauck.

21

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

49. Operations Manager Hauck told Supervisor Rivera he would take care of it.

50. Operations Manager Hauck later informed Supervisor Rivera that he had reported the sexual harassment complaint to General Manager Bakker, and General Manager Bakker responded that he would pay more attention and watch Manager Sanchez.

51. Neither Supervisor Rivera nor Brenda Sanchez received any other response to the complaint.

52. As a result of Brenda Sanchez's report, Monson Fruit knew or should have known of the sexual harassment by Manager Sanchez.

53. Manager Sanchez's sexual harassment of Brenda Sanchez continued after Supervisor Rivera made the report to Operations Manager Hauck.

54. On one occasion in or around mid-July 2019, Manager Sanchez offered to pay Brenda Sanchez a large sum of money for her father's emergency surgery, telling her that if she would be with him just once she could ask for anything she needed and he would give it to her. She rejected his sexual proposition and told him she already had the money she needed for her father.

55. On another occasion around later summer of 2019, Brenda Sanchez was going to the bathroom and Manager Sanchez stopped her. He told her she was intelligent and that if she was with him she could move up at work, insinuating that if she refused to have a sexual relationship with him she would not be promoted.

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

56. Near the end of the 2019 cherry season, Brenda Sanchez could no longer endure Manager Sanchez's sexual harassment. She spoke to Operations Manager Hauck and requested a transfer to a Quality Control position. The Quality Control position would allow her to work in a location outside of the packing warehouse and away from daily contact with Manager Sanchez.

57. When Manager Sanchez learned of her request, he got angry and told her she could not transfer. She reported his response to Operations Manager Hauck, and was ultimately transferred her to Quality Control.

58. Brenda Sanchez moved from the cherry line to Quality Control in mid- to late-August, and at least after August 7, 2019. Manager Sanchez's sexual harassment continued almost daily until she was transferred to Quality Control and no longer worked in the same area as him.

59. Around early to mid-September 2019, after she transferred to Quality Control, Brenda Sanchez was sent from her work space to get gloves. Manager Sanchez saw her walking alone and stopped her. He told her he wanted to be with her, that no one would know about it, and that she should think about his proposition.

60. Manager Sanchez's offensive and unwelcome sexually harassing conduct created a hostile work environment and affected the terms and conditions of employment for Brenda Sanchez.

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

61. After her Quality Control job, Brenda Sanchez worked the cranberry line and was able to physically avoid Manager Sanchez.

62. On or around December 17, 2019, at the end of the cranberry season, Monson Fruit fired Herbie Rodriguez, Brenda Sanchez's husband.

63. Mr. Rodriguez had worked at Monson Fruit year-round for approximately three years. He was typically moved to work as a "Stacker" for apple packing at the end of the cranberry season.

64. Operations Manager Hauck told Mr. Rodriguez that there was no job for him after the cranberry work ended; however on information and belief Monson Fruit hired multiple workers a few days after he was terminated.

65. On information and belief, Mr. Rodriguez was terminated because Brenda Sanchez rejected Manager Sanchez's sexual advances and reported his sexual harassment.

66. After Monson Fruit terminated Mr. Rodriguez, Brenda Sanchez suffered immense stress due to the financial pressure of losing her husband's income and the need to support her children. Both she and Mr. Rodriguez lost sleep and felt anxious during the months that followed because of the economic stress caused by Monson Fruit's termination of his employment.

67. On or around the same day Monson Fruit fired Mr. Rodriguez, Manager Sanchez offered Brenda Sanchez a job working as a "Stamper." She accepted the

Northwest Justice Project
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

job, as this was considered a better position and she could not afford to lose her employment after her husband was fired. However, the location of the Stamper position caused her to have regular contact with Manager Sanchez again.

68. Brenda Sanchez was around five months pregnant when she began working the Stamper position at the end of December 2019.

69. Shortly after she started the Stamper position, Manager Sanchez learned Brenda Sanchez was pregnant.

70. At the Stamper position, if a box of packed fruit had an error, such as being above or under weight or having the wrong code, it returned to the Stamper station. When the boxes piled up, the person in the Stamper position had to lift them out of the way. Each box weighed approximately 40-50 pounds. On days when many boxes had errors, the person in the Stamper position was required to frequently lift the heavy boxes.

71. By February 2020, Brenda Sanchez was more than six month pregnant. She was no longer able to safely lift the heavy fruit boxes that returned to the Stamper station and had to be lifted out of the way. She told Manager Sanchez that she needed assistance lifting the boxes. Manager Sanchez responded that she could do it alone and did not need anyone to help her.

72. On one occasion Brenda Sanchez's supervisor was with her and requested Manager Sanchez assign someone to help her lift the heavy boxes because of her

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

pregnancy. Manager Sanchez responded that lifting the boxes was good for her, it was like exercise to prepare her for giving birth.

73. Another woman working in the Stamper position was also pregnant. She was allowed to have her husband lift all the heavy boxes for her.

74. Brenda was also no longer able to stand all day due to her pregnancy. When she would sit down or lean back at her work station, Manager Sanchez told her he did not want her sitting and that she needed to stand up or make a gesture telling her to stand up. This happened repeatedly.

75. The other woman working the Stamper job sat regularly and was never instructed to stand.

76. Brenda Sanchez went to Operations Manager Hauck with several coworkers. They explained Manager Sanchez was not allowing her to sit or have help lifting the heavy boxes. Operations Manager Hauck replied that he would fix it.

77. Even after her request to Operations Manager Hauck, Manager Sanchez continued to refuse to allow Brenda Sanchez to sit while working and did not provide anyone to assist her in lifting the heavy boxes.

78. On information and belief, the denial of pregnancy accommodations to Brenda Sanchez was because of her rejection of Manager Sanchez's sexual advances and her report of his sexual harassment.

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

79. While Brenda Sanchez worked in the Stamper position, her coworkers reported to her that Manager Sanchez said he was just waiting for her to give birth to continue sexually harassing and propositioning her.

80. Brenda Sanchez wanted to leave her employment because Manager Sanchez's sexual harassment and denial of pregnancy accommodations had created intolerable conditions. However she could not leave her job because her family depended on her income.

81. Monson Fruit continued to receive complaints about Manager Sanchez's inappropriate sexual conduct and failed to take any effective action response. On or around February 2020, Supervisor Rivera reported to General Manager Bakker that Manager Sanchez had been inappropriate with her, offering her alcoholic drinks at work and pressuring her when she declined. She reported that he approached her in the workplace and stood so close to her body that if she moved her body would touch his.

82. Because of her knowledge of his harassment of other female workers, Supervisor Rivera feared his conduct would escalate into more severe sexual harassment.

83. Supervisor Rivera also reported to General Manager Bakker that the company was already aware of Manager Sanchez's previous harassment, and that employees wanted the company to act but feared retaliation.

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101   Fax (509) 665-6557

1   84. General Manager Bakker's response to Supervisor Rivera's complaint was

2   to tell her that Manager Sanchez was changing. Supervisor Rivera received no

3   other response to her complaint.

4   85. On or around March 27, 2020, Brenda Sanchez went on leave for medical

5   issues related to her pregnancy.

6   86. During her leave, Brenda Sanchez feared that if she returned to work,

7   Manager Sanchez would begin sexually harassing her again because of his stated

8   intentions to renew his sexual advances and propositions after she gave birth. She

9   was so fearful of the intolerable conditions of the harassment that she was

10  compelled to resign her employment. She did not return to her job after her

11  medical and family leave.

12  87. Brenda Sanchez continued to suffer emotional distress even after she no

13  longer worked at Monson Fruit. She felt intense fear and anxiety due to the

14  harassment, which affected her ability to enjoy her life and family. She was unable

15  to look for work for many months because she feared leaving the house and

16  encountering Manager Sanchez or being sexually harassed again. Brenda Sanchez

17  continues to suffer from this fear and anxiety to the present day.

18  88. Around spring or early summer of 2020, Supervisor Rivera again reported

19  Manager Sanchez's inappropriate sexualized conduct towards her, this time to HR

20  Manager Martinez.

21

COMPLAINT– DEMAND FOR JURY TRIAL - 18

89. Sometime around August of 2020, Monson Fruit received notice that Brenda Sanchez had filed a charge of sexual harassment and retaliation with the EEOC. Even then, Monson Fruit continued to fail to take reasonable action to prevent future sexual harassment, including failing to conduct an effective investigation. Monson Fruit's investigation was ineffective because the company did not speak to key witnesses who would have substantiated the harassment.

90. In response to the EEOC charge, HR Manager Martinez asked various employees in supervisory positions if they would write a statement that Brenda Sanchez had not reported sexual harassment to them. HR Manager Martinez did not contact or interview Supervisor Rivera, despite the fact that she had supervised Brenda Sanchez and had herself reported Manager Sanchez's inappropriate sexualized conduct.

91. Over a year after Brenda Sanchez had gone on medical leave and then constructively discharged, Manager Sanchez was still undeterred from making repeated contact with Brenda Sanchez. Around the spring of 2021, Brenda Sanchez had found a job at a gas station store. Manager Sanchez started to frequent the gas station to buy gas. Initially Brenda Sanchez was able to avoid him by hiding in the bathroom when he came in to the store, but then he began to enter the store near her work station and look at her. He came to the store multiple times a week, and she could no longer endure the anxiety and fear caused by frequent encounters with

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

him. She declined a promotion and left her job because his appearances exacerbated her distress and made her afraid.

92. Monson Fruit had no or ineffective policies or procedures for reporting or responding to sexual harassment and discrimination.

93. Monson Fruit failed to take prompt and adequate corrective action to prevent or remedy the hostile work environment caused by Manager Sanchez's offensive and unwelcome sexual conduct.

94. The conduct of Monson Fruit described above was intentional, willful, and taken in reckless disregard for the rights of Brenda Sanchez.

95. Brenda Sanchez suffered damages, including economic damages and emotional distress that continues to the present day, as a result of Defendant's actions and omissions.

## VI.    STATEMENT OF CLAIMS

### A. Sexual Harassment in Violation of Title VII

96. Brenda Sanchez realleges and incorporates by reference all allegations set forth in preceding paragraphs as if set forth herein.

97. Monson Fruit discriminated against Brenda Sanchez in violation of section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), by subjecting her to a hostile work environment based on her sex.

98. The effect of the practices complained of above has been to deprive Brenda

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

Sanchez of equal employment opportunities.

99. Defendant Monson Fruit's unlawful employment practices complained of in the above paragraphs were intentional.

100.    Defendant Monson Fruit's unlawful employment practices complained of in the above paragraphs were done with malice or with reckless indifference to the federally protected rights of Brenda Sanchez.

101.    As a direct result of Defendant's unlawful conduct, Brenda Sanchez has suffered and continues to suffer economic damages and emotional harm, including grief, loss of enjoyment of life, damage to reputation, fear, anxiety, anguish, embarrassment, humiliation, and other damages in amounts to be proved at trial. These harms are ongoing and are reasonably likely to be experienced in the future.

## B. Constructive Discharge in Violation of Title VII

102.    Brenda Sanchez realleges and incorporates by reference all allegations set forth in preceding paragraphs as if set forth herein.

103.    Monson Fruit discriminated against and constructively discharged Brenda Sanchez in violation of section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a), by subjecting her to conditions so intolerable based sexual harassment and retaliation that she was compelled to abandon her employment.

104.    Defendant Monson Fruit's unlawful employment practices

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

complained of in the above paragraphs were intentional.

105.     Defendant Monson Fruit's unlawful employment practices complained of in the above paragraphs were done with malice or with reckless indifference to the federally protected rights of Brenda Sanchez.

106.     As a direct result of Defendant's unlawful conduct, Brenda Sanchez has suffered and continues to suffer economic damages and emotional harm, including grief, loss of enjoyment of life, damage to reputation, fear, anxiety, anguish, embarrassment, humiliation, and other damages in amounts to be proved at trial. These harms are ongoing and are reasonably likely to be experienced in the future.

## C. <u>Retaliation in Violation of Title VII</u>

107.     Brenda Sanchez realleges and incorporates by reference all allegations set forth in preceding paragraphs as if set forth herein.

108.     Brenda Sanchez engaged in conduct protected by Title VII of the United States Civil Rights Act when she opposed unlawful or discriminatory employment practices by rejecting Manager Sanchez's advances and complaining about his sexually harassing conduct to her supervisor.

109.     Monson Fruit violated Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), by retaliating against Brenda Sanchez for opposing unlawful or discriminatory employment practices, including by denying her reasonable

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

accommodations required by law for her pregnancy and firing her husband, Herbie Rodriguez.

110.    Defendant Monson Fruit's unlawful employment practices complained of in the above paragraphs were intentional.

111.    Defendant Monson Fruit's unlawful employment practices complained of in the above paragraphs were done with malice or with reckless indifference to the federally protected rights of Brenda Sanchez.

112.    As a direct result of Defendant's unlawful conduct, Brenda Sanchez has suffered and continues to suffer economic damages and emotional harm, including grief, loss of enjoyment of life, damage to reputation, fear, anxiety, anguish, embarrassment, humiliation, and other damages in amounts to be proved at trial. These harms are ongoing and are reasonably likely to be experienced in the future.

### D. Sexual Harassment in Violation of the WLAD

113.    Brenda Sanchez realleges and incorporates by reference all allegations set forth in preceding paragraphs as if set forth herein.

114.    Monson Fruit discriminated against Brenda Sanchez in violation of the WLAD, Wash. Rev. Code § 49.60.030 and § 49.60.180, by subjecting her to a hostile work environment based on her sex.

115.    As a woman, Brenda Sanchez is a member of a class protected from

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

discrimination and sexual harassment under the WLAD.

116.    The practices complained of above affected the terms and conditions of employment for Brenda Sanchez and deprived her of equal employment opportunities.

117.    The practices complained of above were the proximate cause of Brenda Sanchez's loss of employment with Defendant Monson Fruit.

118.    Defendant Monson Fruit's unlawful employment practices complained of in the above paragraphs were intentional.

119.    As a direct result of Defendant's unlawful conduct, Brenda Sanchez has suffered and continues to suffer economic damages and emotional harm, including grief, loss of enjoyment of life, damage to reputation, fear, anxiety, anguish, embarrassment, humiliation, and other damages in amounts to be proved at trial. These harms are ongoing and are reasonably likely to be experienced in the future.

### E. Retaliation in Violation of the WLAD

120.    Brenda Sanchez realleges and incorporates by reference all allegations set forth in preceding paragraphs as if set forth herein.

121.    Brenda Sanchez engaged in conduct protected by the WLAD when she opposed unlawful or discriminatory employment practices by rejecting Manager Sanchez's advances and complaining about his sexually harassing conduct.

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

122.     Monson Fruit violated the WLAD, Wash. Rev. Code § 49.60.210, by retaliating against Brenda Sanchez for opposing unlawful or discriminatory employment practices, including by denying her reasonable accommodations for her pregnancy required by law and firing her husband, Herbie Rodriguez.

123.     Defendant Monson Fruit's unlawful employment practices complained of in the above paragraphs were intentional.

124.     As a direct result of Defendant's unlawful conduct, Brenda Sanchez has suffered and continues to suffer economic damages and emotional harm, including grief, loss of enjoyment of life, damage to reputation, fear, anxiety, anguish, embarrassment, humiliation, and other damages in amounts to be proved at trial. These harms are ongoing and are reasonably likely to be experienced in the future.

## F.  Denial of Pregnancy Accommodations in Violation of the WHSA

125.     Brenda Sanchez realleges and incorporates by reference all allegations set forth in preceding paragraphs as if set forth herein.

126.     Under the WHSA, Wash. Rev. Code § 43.10.005, Brenda Sanchez was entitled to reasonable accommodations for her pregnancy without the need to provide medical documentation, including 1) being provided seating or allowed to sit more frequently, and 2) being provided assistance with manual labor and limits on lifting more than 17 pounds.

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

1    127.     Monson Fruit committed an unfair practice in violation of WHSA,

2    Wash. Rev. Code § 43.10.005(2)(a), when it denied Brenda Sanchez's requests for

3    the accommodations of being allowed to sit and assistance with the lifting of boxes

4    more than 17 pounds.

5    128.     Defendant Monson Fruit's unlawful employment practices

6    complained of in the above paragraphs were intentional.

7    129.     As a direct result of Defendant's unlawful conduct, Brenda Sanchez

8    has suffered and continues to suffer emotional harm, including grief, loss of

9    enjoyment of life, damage to reputation, fear, anxiety, anguish, embarrassment,

10    humiliation, and other damages in amounts to be proved at trial.

## VII.   REQUEST FOR RELIEF

12    Brenda Sanchez asks this Court to grant her the following relief:

13    A. Award Brenda Sanchez all actual damages to which she is entitled, including

14    but not limited to past and future compensatory, economic, non-economic, special,

15    general, punitive, and emotional distress damages pursuant to Title VII, 42 U.S.C.

16    2000e *et seq.*, the WLAD, Wash. Rev. Code § 49.60, the WHSA, Wash. Rev. Code

17    § 43.10.005 and as otherwise authorized by law, in amounts to be determined at

18    trial.

19    B. Order Monson Fruit to pay punitive damages for its malicious and reckless

20    conduct in amounts to be determined at trial, pursuant to Title VII, 42 U.S.C.

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101  Fax (509) 665-6557

2000e *et seq.* and 42 U.S.C. § 1981a.

C. Award costs of this suit and attorneys' fees and costs pursuant to 42 U.S.C. §2000e-5(k), Wash. Rev. Code § 49.60.030, Wash. Rev. Code § 43.10.005, and as otherwise authorized by law.

D. Award damages for adverse tax consequences as a result of any award of damages to Brenda Sanchez.

E. Award pre-judgment and post-judgment interest as allowed by state and federal law.

F. Grant Brenda Sanchez other relief which this Court finds appropriate, equitable, or just.

## VIII.  JURY DEMAND

Brenda Sanchez request a jury trial on all questions of fact raised by this Complaint.


Dated this 3nd day of August, 2022.

By:     /s Alyson Dimmitt Gnam
Alyson Dimmitt Gnam WSBA #48143
*Attorney for Plaintiff*
**Northwest Justice Project**
300 Okanogan Ave. Ste. 3A
Wenatchee, WA 98801
Phone: (509) 664-5101
Fax: (509) 665-6557
Email: alysond@nwjustice.org

**Northwest Justice Project**
300 Okanogan Ave, Ste. 3A
Wenatchee, WA 98801
Tel. (509) 664-5101   Fax (509) 665-6557