# Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 551-2020-02759 |

Washington State Human Rights Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Brenda Sanchez Cossio | (509) 381-2317 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 702 N 5th Ave, Yakima, WA 98902 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MONSON FRUIT COMPANY | 201 - 500 | (509) 697-9175 |

| Street Address | City, State and ZIP Code |
|---|---|
| 252 N Rushmore Rd, Selah, WA 98942 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-01-2019    Latest: 03-01-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I worked for Monson Fruit Company since September 2017 in their Selah warehouse. The General Manager Rafael Sanchez Sanchez began subjecting me to sexual harassment in June 2019, including repeatedly requesting that I have sex with him, making sexual comments to me, and promising me better terms and conditions of employment if I would have sex with him and/or have a sexual relationship with him. Despite letting him know that his conduct and comments were unwelcome, it continued. When I continued to refuse to comply with his requests for sex, he threatened to fire my spouse. Consistent with the threat Mr. Sanchez made to me for refusing to have sex with him, my spouse was fired in December 2019 from Monson Fruit Company.

I reported Mr. Sanchez's sexual harassment to a supervisor who shared it with another manager, but nothing was done in response. In addition, I am aware that Mr. Sanchez sexually harassed other female employees and that managers and/or supervisors were aware of this and nothing had been done to stop it. In addition, Mr. Sanchez was aware that I was pregnant and having difficulties with

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

7/31/20  *Brenda Sanchez* (signature)
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 551-2020-02759 |
| Washington State Human Rights Commission | | and EEOC |
| *State or local Agency, if any* | | |

heavy lifting and long periods of standing from about February to March 2020. Despite knowing about my pregnancy and need for accommodation due to the pregnancy, and in retaliation for rejecting his sexual advances, Mr. Sanchez subjected me to worse terms and conditions of employment, including assigning me heavier work, and refusing to provide me with accommodations that others who were not pregnant that were similar in their ability or inability to work were provided. Because of the continued sexual harassment and retaliation, and comments made by Mr. Sanchez that he would again be subjecting me to the requests for sex and/or sexual favors when I returned to work from maternity leave, my work conditions were intolerable and I could not and did not return to work following maternity leave.

Because of my sex (female and/or pregnancy), I was subjected to sexual harassment, pregnancy discrimination, retaliation for asking for accommodations for my pregnancy and/or refusing to comply with Mr. Sanchez's requests for sex, and constructive discharge, which I believe is in violation of Title VII of the Civil Rights Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
| 7/31/20  *[signature: Brenda Sanchez]*<br>Date      Charging Party Signature | |