# Exhibit C

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

Ms. Brenda Sanchez Cossio
702 N 5th Ave
Yakima, WA 98902

Monson Fruit Company
252 N Rushmore Rd
Selah, WA 98942

Re: Ms. Brenda Sanchez Cossio v. Monson Fruit Company
    EEOC Charge Number: 551-2020-02759

## NOTICE OF CONCILIATION FAILURE

The Equal Employment Opportunity Commission has determined that efforts to conciliate the above referenced charge pursuant to Title VII of the Civil Rights Act of 1964, as amended (Title VII) have been unsuccessful.

This letter constitutes the notice required by § 1601.25 of the Equal Employment Opportunity Commission's Procedural Regulations which provides that the Commission shall notify a Respondent in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts to conciliate this case will be made.

==Accordingly, we are reviewing the case for possible litigation.==

On Behalf of the Commission:

July 27, 2022
Date

*Elizabeth M. Cannon*
Elizabeth M. Cannon, Director
Seattle Field Office

**Cc:**

Northwest Justice Project
Attn: Alyson Dimmitt Gnam, Attorney
300 Okanogan Ave Ste. 3a, Wenatchee, WA 98801

Stokes Lawrence Velikanje Moore & Shore
Attn: Sarah L Wixson, Brendan Monahan
120 N Naches Ave, Yakima, WA 98901

Monson Fruit Company
Attn: Zenaida Martinez, HR
252 N. Rushmore Rd
Selah, WA 98942