FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>MONSON FRUIT CO. LLC., f/k/a MONSON FRUIT CO. INC., d/b/a MONSON FRUIT CO.,<br><br>        Defendant. | No. 1:22-cv-03100-MKD<br>No. 1:22-cv-03133-MKD<br><br>AMENDED[1] ORDER GRANTING MOTION TO INTERVENE AS PLAINTIFF AND TO CONSOLIDATE CASES<br><br>**ECF No. 4** |

Brenda Sanchez Cossio seeks leave to intervene as a plaintiff in Case No.

---

[1] On December 12, 2022, the Court issued an order granting Ms. Sanchez Cossio's Motion to Intervene as Plaintiff and Consolidate, ECF No. 4, in Case No. 1:22-cv-03133-MKD. ECF No. 14. Based on the standard practice of the Clerk's Office of the Eastern District of Washington, the Court consolidated the second-filed case, Case No. 1:22-cv-03133-MKD, into the first-filed case, Case No. 1:22-cv-03100-MKD. However, it has come to the Court's attention that the parties intentionally sought the opposite: consolidation of the first-filed case, Case No. 1:22-cv-03100-MKD into the second-filed case, Case No. 1:22-cv-03133-MKD.

ORDER - 1

1:22-cv-03133-MKD pursuant to Federal Rule of Civil Procedure 24(a)(1) and to consolidate Case No. 1:22-cv-03100-MKD[2] with Case No. 1:22-cv-03133-MKD pursuant to Federal Rule of Civil Procedure 42(a).  *See* Case No. 1:22-cv-03133-MKD, ECF 4.  The Equal Employment Opportunity Commission agrees that Ms. Sanchez Cossio's motion should be granted.  Case No. 1:22-cv-03133-MKD, ECF No. 6 at 2.  Defendant does not oppose Ms. Sanchez Cossio's request to intervene and consolidate.  Case No. 1:22-cv-03133-MKD, ECF No. 12 at 1.  The Court has reviewed the motion and the record and is fully informed.  The Court finds good cause to grant the motion and consolidate Case No. 1:22-cv-03100-MKD into Case No. 1:22-cv-03133-MKD.

**IT IS ORDERED:**

1. To the extent that this Order contradicts the December 12, 2022 Order, this Order **GOVERNS.**

2. Brenda Sanchez Cossio's Motion to Intervene as Plaintiff and Consolidate, **ECF No. 4**, is **GRANTED.**

3. The District Court Executive shall **REOPEN** Case No. 1:22-cv-03133-

---

[2] Case No. 1:22-cv-03100 was previously assigned to another judicial officer.  It was reassigned to the undersigned judicial officer to effectuate consolidation.  *See* Case No. 1:22-cv-03100, ECF No. 19.

ORDER - 2

MKD.

4. The District Court Executive shall **CONSOLIDATE** Case No. 1:22-cv-03100-MKD **INTO** Case No. 1:22-cv-03133-MKD.

5. The District Court Executive shall **CLOSE** 1:22-cv-03100-MKD.

6. The parties **shall** submit all further filings in Case No. 1:22-cv-03133-MKD.

7. Ms. Sanchez Cossio's Complaint in Intervention, ECF No. 4-1, is deemed filed of as October 6, 2022, and served the date this Order is entered.

8. Defendant shall respond to the Complaint in Intervention within the limits established by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED January 5, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3